# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

| | |
|---|---|
| **CITY OF BRISTOL** | Action No:   1:20CV41 |
| | Date:   4/23/21 |
| vs. | Judge:   Pamela Meade Sargent |
| | Court Reporter:   Ella Surber, FTR |
| **BVU** | Deputy Clerk:   Ella Surber |

### LIST OF WITNESSES

| PLAINTIFF/GOVERNMENT: | DEFENDANT: |
|---|---|
| 1. | 1. |

PROCEEDINGS:
Parties present for conference call; Court address the issue of the merit committee regarding her re-appointment; Counsel for defendant, Cameron Bell has been appointed to the committee; Court continues this hearing to allow counsel time to confer with their clients as to whether or not they will consent to proceed in the case with Judge Sargent presiding; hearing will be rescheduled after court adjourns.

Time in Court: 3:30 – 3:35= 5 minutes.