# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| **CITY OF BRISTOL, VIRGINIA,** ) | |
| ) | |
| Plaintiff, ) | Case No. 1:20CV00041 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **BVU AUTHORITY,** ) | JUDGE JAMES P. JONES |
| ) | |
| Defendant. ) | |

Counsel for the parties are directed to advise the Court within 7 days of the status of this case.

It is so **ORDERED**.

ENTER: March 1, 2024

/s/ JAMES P. JONES
Senior United States District Judge